Matthew A. Silverman (018919)
Jessica R. Kenney (026615)
**McCarthy ♦ Holthus ♦ Levine**
3636 North Central Avenue
Suite 1050
Phoenix, AZ 85012
(602) 230-8726

Attorneys for Movant,
Deutsche Bank National Trust Company as trustee under the Pooling and Servicing Agreement dated as of September 1, 2005, GSAMP Trust 2005-WMC1, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>Blake French,<br><br>　　　　　Debtor.<br>─────────────────────<br>Deutsche Bank National Trust Company as trustee under the Pooling and Servicing Agreement dated as of September 1, 2005, GSAMP Trust 2005-WMC1, its assignees and/or successors,<br><br>　　　　　Movant,<br><br>　v.<br><br>Blake French, Debtor; and Russell Brown, Chapter 13 Trustee,<br><br>　　　　　Respondents. | In Proceedings Under<br><br>Chapter 13<br><br>Case No. 2:09-bk-10502-RTB<br><br>**STIPULATION AND ORDER FOR RELIEF FROM THE AUTOMATIC STAY** |

    Movant, Deutsche Bank National Trust Company as trustee under the Pooling and Servicing Agreement dated as of September 1, 2005, GSAMP Trust 2005-WMC1, it assignees

and/or successors, ("Movant"), and the Debtor(s), Blake Zacahary French ("Debtors"), by and through their respective attorneys of record STIPULATE as follows:

1. This Stipulation affects the real property commonly known as: 4010 South Melody Drive, Chandler, AZ 85249.
2. The automatic stay is immediately terminated and extinguished for all purposes as to Secured Creditor and Secured Creditor may proceed with negotiations for a Deed in Lieu of foreclosure or foreclosure and hold a trustee's sale on the subject property, pursuant to applicable state law, and without further Court Order of proceeding being necessary may commence any action necessary to obtain complete possession of the subject property, including unlawful detainer, if required.
3. This stipulation shall be binding and effective in any conversion of this case to another chapter under the Bankruptcy Code.

IT IS SO STIPULATED:

Dated: 12/24/2009          /s/ Jessica R. Kenney
                           Jessica R. Kenney, Esq.
                           Attorneys for Movant

Dated:_____         See Attached
                           Jeff Adrian Biddle, Esq.
                           Attorney for Debtor(s)

Dated:_____         See Attached
                           Russell Brown
                           Chapter 13 Trustee

# CERTIFICATE OF SERVICE

On 1/5/2010, I served the foregoing documents described as **MOTION FOR RELIEF FROM AUTOMATIC STAY; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES** on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Jeff Adrian Biddle
jeff@biddlefamilylaw.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/  Lucian Perta

On 12/24/2009, I served the foregoing documents described as **MOTION FOR RELIEF FROM AUTOMATIC STAY; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES**, on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

UNITED STATES TRUSTEE
Phoenix Division
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706

COUNSEL FOR DEBTOR
Jeff Adrian Biddle
Biddle Law Firm PLLC
3317 South Higley Road #114-250
Gilbert, AZ 85297

DEBTOR
Blake French
4010 South Melody Drive
Chandler, AZ 85249

| | |
|---|---|
| 1 | TRUSTEE |
| 2 | Russell Brown |
|   | Chapter 13 Trustee, Suite 800 |
| 3 | Phoenix, AZ 85012 |
| 4 | TRUSTEE |
| 5 | Maureen Gaughan |
|   | PO Box 6729 |
| 6 | Chandler, AZ 85246-6729 |

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Hue Banh