**SO ORDERED.**



Matthew A. Silverman (018919)
Jessica R. Kenney (026615)
**McCarthy ◆ Holthus ◆ Levine**
3636 North Central Avenue
Suite 1050
Phoenix, AZ 85012
(602) 230-8726

**Dated: January 07, 2010**

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**
_____

Attorneys for Movant,
Deutsche Bank National Trust Company as trustee under the Pooling and Servicing Agreement dated as of September 1, 2005, GSAMP Trust 2005-WMC1, its assignees and/or successors

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

## PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>Blake French,<br><br>          Debtor.<br>_____<br>Deutsche Bank National Trust Company as trustee under the Pooling and Servicing Agreement dated as of September 1, 2005, GSAMP Trust 2005-WMC1, its assignees and/or successors,<br><br>          Movant,<br><br>  v.<br><br>Blake French, Debtor; and Russell Brown, Chapter 13 Trustee,<br><br>          Respondents. | In Proceedings Under<br><br>Chapter 13<br><br>Case No. 2:09-bk-10502-RTB<br><br>**ORDER ON STIPULATION TERMINATING AUTOMATIC STAY** |

1  The parties having agreed to the terms set forth in the Stipulation for Relief for
2  Automatic Stay, attached hereto as **Exhibit "A",** are bound by the terms of their stipulation
3  which shall be the Order of this Court.
4  IT IS SO ORDERED:

Dated: _____    By: _____
                                                                             Honorable REDFIELD T. BAUM SR.
                                                                             United States Bankruptcy Court Judge